CLEVELAND HEIGHTS, INC., Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23608.) — Same decision and like cause of action as in companion case (Duermeyer v. State of New York [Claim No. 23609], ante, p. 885). Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

CORRINE BULLOCK, Respondent, v. MARCUS WEINSTEIN, Appellant. — Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that the finding of the jury of freedom from contributory negligence on the part of the plaintiff is contrary to and against the weight of the evidence. All concur, Taylor, J., also on the further ground that there was a failure to establish negligence on the part of the defendant in view of the use that the plaintiff was making of the property at the time of the mishap. (Aubrey v. McCarthy, 217 App. Div. 492; Murtha v. Ridley, 196 id. 61; Walsh v. Frey, 116 id. 527.) (The judgment awarded damages against a landlord for personal injuries received in a fall from a porch.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

LONNIE BULLOCK, Respondent, v. MARCUS WEINSTEIN, Appellant. — Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the grounds stated in companion case (Bullock v. Weinstein, ante, p. 886). (The judgment awarded damages against a landlord for injuries to plaintiff's wife received in a fall from a porch.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

EDNA M. INGSTRUM, Appellant, v. THOMAS C. INGSTRUM, Respondent. — Judgment affirmed, without costs. All concur. (The judgment dismisses the complaint in an action for separation.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

THOMAS J. STOKES, as Administrator, etc., of MARTHA W. STOKES, Deceased, and Others, Appellants, v. GEORGE WRIGHT and Another, Respondents, WILLIAM F. HARADINE and Another, Defendants. — Judgment affirmed, with costs. All concur, except Sears, P. J., and Edgcomb, J., who dissent and vote for reversal on the law and the facts on the ground that the finding of the court that there was a delivery of the deed in escrow is contrary to and against the weight of the evidence. (The judgment dismisses the complaint in an action of ejectment.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN POWERS, Appellant, v. WILLIAM HUNT, Warden of Attica State Prison, Respondent. — Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus, the relator claiming additional sentence for being armed was illegal.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

THE HUDSON CITY SAVINGS INSTITUTION, Respondent, v. A. WILLIAM BLACK, Appellant, and Others, Defendants. — Judgment affirmed, with costs. All concur. (The judgment decrees a foreclosure and sale of mortgaged premises.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

THE HUDSON CITY SAVINGS INSTITUTION, Respondent, v. CENTRAL LUNDY CORPORATION, Appellant, and Others, Defendants. — Same decision and like cause of action as in companion case (Hudson City Savings Institution v. Black, ante, p. 886). Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Estate of FLORENCE B. HARRINGTON, Deceased. — Appeal of the Rome Hospital dismissed, without costs, upon stipulation. [See 245 App. Div. 252; ante, p. 881.]